**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7806**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ERNEST PERRY,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, District Judge. (3:08-cr-00399-HEH-1)

Submitted: February 7, 2014      Decided: February 20, 2014

Before KING, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ernest Perry, Appellant Pro Se. Stephen Wiley Miller, Assistant United States Attorney, David Vincent Harbach, II, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ernest Perry appeals the district court's orders denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2012) and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for substantially the reasons stated by the district court.* See United States v. Goodwyn, 596 F.3d 233 (4th Cir. 2010); United States v. Perry, No. 3:08-cr-00399-HEH-1 (E.D. Va. Sept. 22, 2013; Sept. 13, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* We note that Fed. R. Civ. P. 59(e) does not apply to a criminal motion under 18 U.S.C. § 3582. See United States v. Goodwyn, 596 F.3d 233, 235 n.* (4th Cir. 2010).